AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

SALEM MAULUD ABOULGAED, et al.

*Plaintiff(s)*

v.

KHALIFA ABULGASIM HIFTER, et al

*Defendant(s)*

Civil Action No. 1:20-cv-298

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KHALIFA ABULGASIM HIFTER
(a.k.a KHALIFA ABULGASIM HAFTER)
5505 Seminary Road, Unit 213
Arlington, VA 22201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

SALEM MAULUD ABOULGAED, et al.

*Plaintiff(s)*

v.

KHALIFA ABULGASIM HIFTER , et al

*Defendant(s)*

Civil Action No. 1:20-cv-298

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SAQR ADAM GEROUSHI
Tripoli, Libya

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

SALEM MAULUD ABOULGAED, et al.

*Plaintiff(s)*

v.

KHALIFA ABULGASIM HIFTER, et al

*Defendant(s)*

Civil Action No. 1:20-cv-298

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Aref Ali Nayed
Office 0114
Ibn Battuta Gate
P.O. BOX 502221
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

SALEM MAULUD ABOULGAED, et al.

*Plaintiff(s)*

v.

KHALIFA ABULGASIM HIFTER , et al

*Defendant(s)*

Civil Action No. 1:20-cv-298

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MOHAMOUD AL-WERFALLI
Benghazi, Libya

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SALEM MAULUD ABOULGAED, et al.

*Plaintiff*

v.

KHALIFA ABULGASIM HIFTER , et al.

*Defendant*

Civil Action No. 1:20-cv-298

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

UNITED ARAB EMIRATES (UAE)
3522 International Ct NW #100
Washington, D.C. 20008

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*