UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SALEM MAULUD ABOULGAED, ET AL.**

   Plaintiffs

   v.                                                  Civil Action No. 1:20-cv-298

**KHALIFA ABULGASIM HIFTER, ET AL.**

   Defendants.

## REQUEST FOR SERVICE BY PUBLICATION

1. COMES NOW the Plaintiffs herein and file this request for ancillary relief in connection with serving four foreign Defendants, including Khalifa Abulgasim Hifter, Aref Ali Nayed, Saqr Adam Geroushi, and Mohamoud Al-Werfalli.

2. As this Court knows, Fed R. Civ. P. 4(f)(3) governs this issue. It appears, based on Mwani v. bin Laden, 417 F.3d 1 (D.C. Cir. 2005) that service by publication is permitted under the circumstances as service of process pertains to Defendants Hifter, Nayed, Geroushi and Al-Werfalli.

3. Since there is no long arm statute available to the Plaintiffs, please authorize service by publication in two newspapers, Al Subih and February, as well as service by broadcasting on the following three television stations, Al Ahrar, Panorama, and Al Tansuh. Plaintiffs would publish and broadcast once a month for three consecutive months.

4. The selected newspapers and TV stations are the most prominent media outlets in the region with the most readers and viewers. A Proposed Order is attached and a memo in support of this application.

Respectfully submitted,

/s/ *Martin F. McMahon, Esq.*
D.C. Bar Number: 196642
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SALEM MAULUD ABOULGAED, et al.**  Plaintiffs  v.  **KHALIFA ABULGASIM HIFTER, et al.**  Defendants. | Civil Action No. 1:20-cv-298 |

**MEMORANDUM IN SUPPORT OF APPLICATION**
**FOR ANCILLARY RELIEF**

1. Fed. R. Civ. P. 1.

2. Fed. R. Civ. P. 4.

3. Mwani v. bin Laden, 417 F.3d 1 (D.C. Cir. 2005)

4. Averment in complaint re the absence of a functioning legal system in Libya.

Respectfully submitted,

/s/ *Martin F. McMahon, Esq.*
D.C. Bar Number: 196642
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEM MAULUD ABOULGAED, ET AL.

   Plaintiffs

   v.

KHALIFA ABULGASIM HIFTER , ET AL.

   Defendants.

Civil Action No. 1:20-cv-298

## PROPOSED ORDER

The Plaintiffs have sought judicial assistance re serving Defendants Khalifa Abulgasim Hifter, Aref Ali Nayed, Saqr Adam Geroushi, and Mohamoud Al-Werfalli. They explain the methodology they would employ to put these Defendants on notice of the lawsuit. The Court finds that the methodology is designed to ensure due process be accorded these Defendants.

Therefore, it is this _____ day of April, 2020, ORDERED that the Plaintiffs are permitted to publish notice of suit in the newspapers and on television outlets identified in their applications. Plaintiffs are also ordered to provide the Court with copies of all material so published.

 

_____

Hon. Colleen Kollar-Kotelly
UNITED STATES
DISTRICT JUDGE