UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABOULGAED, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>HIFTER, *et al.*,<br><br>　　　　　　　Defendants. | No. 1:20-cv-00298-CKK |

# DEFENDANT AMBASSADOR AREF ALI NAYED'S
# MOTION TO DISMISS

Defendant Ambassador Aref Ali Nayed, former Ambassador from Libya to the United Arab Emirates ("Ambassador Nayed"), through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2), and (b)(6), respectfully moves the Court to dismiss the claims in the Complaint (Dkt. 1) against him for lack of subject-matter and personal jurisdiction and for failure to state a claim upon which relief may be granted. Ambassador Nayed's memorandum of points and authorities supporting the requested relief accompanies this Motion.

WHEREFORE, Ambassador Nayed respectfully requests that the Court grant his Motion and dismiss the claims against him.

Dated: May 18, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/David Baron
　　　　　　　　　　　　　　　　　　　　David Baron (D.C. Bar No. 458930)
　　　　　　　　　　　　　　　　　　　　Melvin White (D.C. Bar No. 422087)
　　　　　　　　　　　　　　　　　　　　Laina C. Lopez (D.C. Bar No. 477412)
　　　　　　　　　　　　　　　　　　　　Berliner Corcoran & Rowe LLP
　　　　　　　　　　　　　　　　　　　　1101 17th Street NW, Suite 1100
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 293-5555

Fax: (202) 293-9035
dbaron@bcr-dc.com
mwhite@bcr-dc.com
lcl@bcr-dc.com
*Counsel for Defendant Ambassador Aref Ali Nayed*