UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABOULGAED, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>HIFTER, *et al.*,<br><br>                    Defendants. | No. 1:20-cv-00298-CKK |

# [PROPOSED] ORDER

Pending before the Court is Defendant Ambassador Aref Ali Nayed's Motion pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2) and (b)(6) to Dismiss the claims in the Complaint (Dkt. 1) against him.

Having considered the Motion and Plaintiffs' Opposition thereto and the entire record herein, the Court is of the opinion that the Motion should be **GRANTED**;

**IT IS THEREFORE ORDERED** that the Motion to Dismiss, be and it hereby is, **GRANTED**;

**AND IT IS FURTHER ORDERED** that the claims in the Complaint (Dkt. 1) against Defendant Ambassador Nayed, be and hereby are **DISMISSED WITH PREJUDICE**.

Date: _____

                                                                    _____
                                                                    COLLEEN KOLLAR-KOTELLY
                                                                    United States District Judge

**Copies to:**

David Baron
Melvin White
Laina Lopez
Berliner Corcoran & Rowe LLP
1101 17th Street N.W., Suite 1100
Washington, D.C. 20036

*Counsel for Defendant Ambassador Aref Ali Nayed*

Martin F. McMahon, Esq.
Martin McMahon & Associates
1717 K St. N.W., Suite 900
Washington D.C.  20006

*Counsel for Plaintiffs*

Case 1:20-cv-00298-CKK   Document 9-2   Filed 05/18/20   Page 3 of 3