UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABOULGAED, *et al.*,<br><br>                              Plaintiffs,<br><br>           v.<br><br>HIFTER, *et al.*,<br><br>                              Defendants. | No. 1:20-cv-00298-CKK |

**DEFENDANT AMBASSADOR AREF ALI NAYED'S
MOTION TO QUASH SERVICE BY PUBLICATION**

Defendant Ambassador Aref Ali Nayed, the former Ambassador from Libya to the United Arab Emirates and now a declared candidate for the Presidency of Libya ("Ambassador Nayed"), through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(5), respectfully moves the Court to quash service by publication on him, which the Court granted in the Court's April 28, 2020 Order [Dkt. 6] ("Order").  Ambassador Nayed's memorandum of points and authorities supporting the requested relief accompanies this motion.

This motion is brought for the sole purpose of obtaining relief from the Order.  It is without prejudice to any defenses that Ambassador Nayed has, including other defenses in Federal Rule of Civil Procedure 12(b).  By filing this motion, Ambassador Nayed does not submit to the Court's jurisdiction and in fact has filed a motion, concurrently herewith, contesting both the exercise of the Court's personal jurisdiction over him and subject-matter jurisdiction over the claims alleged against him.

Further, by filing this motion, Ambassador Nayed does not concede that valid service resulted from his knowledge of the publication ordered by the Court.  *See Salmeron v. District of*

*Columbia*, 113 F. Supp. 3d 263, 269 (D.D.C. 2015) ("proof of actual or constructive notice is not a substitute for proper service.") (citations omitted); *see also Whitehead v. CBS/Viacom, Inc.*, 221 F.R.D. 1, 4 (D.D.C. 2004) ("[N]otice alone cannot cure an otherwise defective service").

Pursuant to Local Civil Rule 7(m), on May 18, 2020, Ambassador Nayed's undersigned counsel conferred with Plaintiffs' counsel in a good faith effort to determine whether Plaintiffs oppose the relief sought herein and, if there was opposition, to narrow the areas of disagreement. Plaintiffs' counsel stated that Plaintiffs oppose the motion.

WHEREFORE, Ambassador Nayed respectfully requests that the Court grant his motion and quash service by publication as to him.

Dated: May 19, 2020                                              Respectfully submitted,

                                                                           */s/ Melvin White*
Melvin White (D.C. Bar No. 422087)
David Baron (D.C. Bar No. 458930)
Laina C. Lopez (D.C. Bar No. 477412)
Berliner Corcoran & Rowe LLP
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
Tel: (202) 293-5555
Fax: (202) 293-9035
dbaron@bcr-dc.com
mwhite@bcr-dc.com
lcl@bcr-dc.com

*Counsel for Defendant Ambassador Aref Ali Nayed*