AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Aboulgaed, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-00298-CKK |
| Hifter, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Ambassador Aref Ali Nayed                                                                                       .

Date:   05/20/2020                                                       /s/ Laina Lopez
                                                                                    *Attorney's signature*

                                                                  Laina Lopez, D.C. Bar No. 477412
                                                                     *Printed name and bar number*
                                                    Berliner Corcoran & Rowe LLP, 1101 17th Street
                                                         NW, Suite 1100, Washington, DC 20036

                                                                                    *Address*

                                                                            lcl@bcr-dc.com
                                                                           *E-mail address*

                                                                            (202) 293-9096
                                                                         *Telephone number*

                                                                            (202) 293-9035
                                                                             *FAX number*