# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SALEM MAULUD ABOULGAED**, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-298 (CKK) |
| | ) | |
| **KHALIFA ABULGASIM HIFTER**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF NO OPPOSITION TO DEFENDANT NAYED'S MOTION TO QUASH SERVICE BY PUBLICATION**

Comes now the Plaintiffs, by and through undersigned counsel, who respectfully inform the court that they do not oppose Defendant Nayed's request to quash service by publication only as to him, ECF 11, because Defendant Nayed is in the United Arab Emirates, not Libya. Plaintiffs are concurrently filing a Motion to authorize alternate service on Defendant Nayed at his address in the United Arab Emirates.

Respectfully submitted,

/s/ Michael Barfield
The Law Office of Michael Barfield
4401A Connecticut Avenue NW, Suite 169
Washington, DC 20008
Bar No.: 1023971
Phone: 917-284-3106

Martin F. McMahon, Esq.
McMahon & Associates
1717 K Street NW, Suite 900
Washington, DC 20006
Bar No.: 196642
Phone: 202-862-4343
Fax: 202-776-0136

*Counsel for Plaintiffs*

Dated: June 9, 2020

## **CERTIFICATE OF SERVICE**

I certify that on June 9, 2020, a copy of the foregoing was served via ECF on all counsel for the

Defendants.

/s/ Michael Barfield