**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SALEM MAULUD ABOULGAED**, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00298 CKK |
| | ) |
| **KHALIFA ABULGASIM HIFTER**, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO AREF ALI NAYED**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs by and through undersigned counsel, hereby notify the court that the Plaintiffs have voluntarily elected to dismiss all claims against Defendant Nayed with prejudice. Defendant Nayed has not answered the complaint nor file a motion for summary judgment. Dismissal under Rule 41 (a)(1) is therefore appropriate.

Plaintiffs will continue to seek justice for their slain families as to Defendants Hifter, Geroushi, Al-Werfalli, and the UAE.

Dated: Washington, D.C.
June _25__, 2020

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
DC Bar No. 196642
Martin F. McMahon & Associates PLLC
1717 K Street, NW, Suite 900
Washington, DC 20006
(202) 862-4343
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2020, a copy of the foregoing was served via ECF on all counsel for the

Defendants.

*/s/ Martin F. McMahon*