**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALEM MAULUD ABOULGAED, *et al.*, <br><br>      Plaintiffs, <br><br>   v. <br><br> KHALIFA ABULGASIM HIFTER, *et al.*, <br><br>      Defendants. | Civil Action No. 20-298 (CKK) |

**ORDER**
(June 25, 2020)

The Court has received Plaintiffs' Notice of Dismissal with Prejudice as to Aref Ali Nayed, ECF No. 23. Plaintiffs voluntarily elected to dismiss all claims against Defendant Nayed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as Defendant Nayed has not yet filed an answer or motion for summary judgment.[1]

Accordingly, it is hereby **ORDERED** that Plaintiffs' claims against Defendant Nayed are **DISMISSED** with prejudice. There are still four remaining Defendants in this case: Khalifa Abulgasim Hifter, Saqr Adam Geroushi, Mohamoud Al-Werfalli, and the United Arab Emirates.

It is **FURTHER ORDERED** that Defendant Nayed's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, ECF No. 12, is **DENIED AS MOOT**. Deadlines related to that Motion are **VACATED**.

---

[1] Defendant Nayed has filed a motion to dismiss, *see* ECF No. 12, which courts have generally found not to qualify as a motion for summary judgment under Rule 41(a). *See Aamot v. Kassel*, 1 F.3d 441, 444 (6th Cir. 1993); *see also Mitchell v. U.S. Bank Nat'l Ass'n for Wells Fargo Asset Sec. Corp. Mortg. Pass-Through Certificates Series 2006-AR4*, 293 F. Supp. 3d 209, 213 (D.D.C. 2018) ("Likewise, voluntary dismissal is available where the defendant files a Rule 12(b) motion that does not rely on materials outside the pleadings.").

It is **FURTHER ORDERED** that Plaintiff's Motion for Authorization of Service of Process by International Registered Mail and Through United States Counsel as to Defendant Aref Ali Nayed, ECF No. 18, is also **DENIED AS MOOT**. Deadlines related to that Motion are **VACATED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge