UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALEM MAULUD ABOULGAED, ET AL.** ) | |
| Plaintiffs ) | |
| v. ) | Civil Action No. 1:20-cv-298 |
| **KHALIFA ABULGASIM HIFTER, ET AL.** ) | |
| Defendants. ) | |

### AFFIDAVIT

1. I, Martin F. McMahon, give this affidavit. I'm over 18 years of age and reside at 2939 Van Ness St., Apt. 718, Washington, D.C. 20008.

2. I give this affidavit to confirm the publication of the summonses and complaint using various Libyan media outlets and summarize the process through which they were published.

3. Plaintiff's counsel overseas coordinated the translation of all summonses and complaints into Arabic and sent the translated documents to the client. The client worked with High Quality Media Services to assist with publishing the summonses and complaints in May, June and July of 2020. High Quality Media Services submitted both Arabic and English copies of the summonses and complaints to the newspapers and TV channels authorized by the Court.

4. For the Court's edification, Plaintiff's counsel overseas ran into challenges publishing the summonses and complaints in two newspapers, Al Subih and February. Unfortunately, at this time, neither newspaper was printing hard copies due to the ongoing war. Alternatively, the summonses and complaints were published by Almanara Media and Al-Bayda Media Center.

5. Plaintiffs also coordinated the publication of the summonses and complaints once a month for three consecutive months on three TV channels in Libya, including Al Ahrar, Al Tansuh, and Panorama. Al Ahrar published the summonses and complaints six times, including three times in May, two times in June, and once in July. Al Tansuh published the summonses and complaints once in June. Unfortunately, Panorama was not able to publish the summonses or complaints in any of the three months.

6. Five additional media outlets published the summonses and complaints because they found the information newsworthy. These publications were not coordinated by the Plaintiffs. These media outlets are Ean Libya, LRC TV, Burkan LY, Almanara Media, and Al-Bayda Media Center. Ean Libya published the information once in May. LRC TV published the information once in June. Burkan LY published the information once in June. Almanara Media published the information once in June and three times in July. Al-Bayda Media Center published the information once in July.

7. The publication information is laid out in a table prepared by the client, showing the date, publisher, and description of publication method. Pictures of the publications are also attached and correspond numerically to the table provided by the Plaintiffs. Additionally, Plaintiff's counsel overseas and High Quality Media Services prepared affidavits describing their involvement in the process.

Respectfully,

Martin F. McMahon
Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-285-1010