## Publication of the Court Summons on Media Outlets in Libya

| Nr. | Date | Channel | Description | Link |
|---|---|---|---|---|
| 1 | May 9, 2020 | Libya Alahrar TV | News on Channel's Twitter Account | Tweet |
| 2 | May 9, 2020 | Libya Alahrar TV | News article Channel's Website | News |
| 3 | May 10, 2020 | Ean Libya | News Web site, news articlw with Photos of the service | News |
| 4 | May 10, 2020 | Libya Alahrar TV | News article Channel's Website with photos of the service | News |
| 5 | June 15, 2020 | Tanasuh TV | Public announcement on TV | Video |
| 7 | June 18, 2020 | Libya Alahrar TV | Public announcement on TV | Video |
| 8 | June 18, 2020 | Libya Alahrar TV | Public announcement on Facebook | Video |
| 9 | June 18, 2020 | LRC TV | Public announcement on Facebook. LRC is a Public Channel in Libya | Post |
| 10 | June 19, 2020 | Burkan LY | Photos of service on Facebook | Post |
| 11 | June 21, 2020 | Almanara Media | Public announcement on Facebook | Post |
| 12 | July 24, 2020 | Libya Alahrar TV | Public announcement on Facebook | Video |
| 13 | July 29, 2020 | Almanara Media | Public announcement on Facebook | Post |
| 14 | July 30, 2020 | Al-Bayda Media Center | Public announcement on Facebook | Post |
| 15 | July 30, 2020 | Almanara Media | Public announcement on Facebook (Photos) | Post |
| 16 | July 30, 2020 | Almanara Media | Public announcement on Twitter (Photos) | Tweet |

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 1 | May 9, 2020 | Libya Alahrar TV | News on Channel's Twitter Account | Tweet |



قناة ليبيا الأحرار
@libyaalahrartv

#عاجل | محكمة كولومبيا الأمريكية: ينبغي على من تم
استدعاؤهم الرد على الشكوى لدى محامي المدعي في غضون
21 يوما

Translate Tweet

3:57 pm · 9 May 2020 · Twitter Web App

**2** Retweets   **67** Likes

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 2 | May 9, 2020 | Libya Alahrar TV | News article Channel's Website | News |





أصدرت محكمة بالولايات المتحدة الأمريكية أوامر استدعاء بحق خليفة حفتر وصقر الجروشي وعارف النايض ومحمود الورفلي. بشأن دعوى قضائية تقدم بها مواطنون ليبيون ضدهم في الولايات المتحدة لارتكابهم جرائم حرب وتحريض في عدوانهم على طرابلس.

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 3 | May 10, 2020 | Ean Libya | News Web site, news article with Photos of the service | [News](#) |





رأ | ثقافة | صحة | تكنولوجيا | رياضة | اقتصاد | دولي | **ليبيا**

# محكمة أمريكية تُصدر أوامر استدعاء بحق حفتر وعدد من قيادات قواته

عين ليبيا | نُشر: السبت، 9 مايو 2020 - 22:45 | آخر تحديث: 10 مايو 2020 - 00:47



إصدار أحكام غيابية ضد من تم بحقهم الاستدعاء في حال لم يقوموا بالرد

أصدرت محكمة بالولايات المتحدة الأمريكية أوامر استدعاء بحق خليفة حفتر وصقر الجروشي

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 4 | May 10, 2020 | Libya Alahrar TV | News article Channel's Website with photos of the service | News |





| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 5 | June 15, 2020 | Tanasuh TV | Public announcement on TV | Video |



| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 6 | June 18, 2020 | Libya Alahrar TV | Public announcement on TV | Video |

 قناة ليبيا الأحرار - Libya Alahrar TV
June 18 · 🌐

محكمة بالولايات المتحدة الأمريكية تصدر أوامر استدعاء بحق خليفة حفتر وصقر الجروشي وعارف النايض ومحمود الورفلي، بشأن دعوى قضائية تقدم بها مواطنون ليبيون ضدهم في الولايات المتحدة



| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 7 | June 18, 2020 | Libya Alahrar TV | Public announcement on Facebook | Video |



| Nr. | Date | Channel | Description | Link |
|---|---|---|---|---|
| 8 | June 18, 2020 | LRC TV | Public announcement on Facebook. LRC is a Public Channel in Libya | Post |





الرسمية

| إعـــــلان عـــام |

استدعـــاء في دعـــوى مدنيـــة

إلى: محـــمود مصطفى يوسيـف الورفـــلي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم
مولود أبو القائد وآخرون بـرفع دعـوى قضائيـة رقـم ( 1:20cv-298-CKK) ضـد
خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على
الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات
المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

مارتن إف مكماهون وشركاه
1717 شارع ك
واشنطن العاصمة، 20006 مقاطعة كولومبيا
رقم الهاتف: 202-862-4343

وإذا لم تقم بالرد، فسيتم إصدار حكم غيـابي ضدك بشــان التعويـض المطلوب في
الشــكوى، ويجب عليك أيــضًا إيـــداع إجـــابـــتك أو طلبـــك لـدى المحـــكمة.

انجيلا دي. سيزار، كاتب محكمة

التاريخ : 06 فبراير 2020

أنسون هويكنز
توقيع كاتب أو نائب كاتب

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 9 | June 19, 2020 | Burkan LY | Photos of service on Facebook | Post |



| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 10 | June 21, 2020 | Almanara Media | Public announcement on Facebook | Post |



المنارة للإعلام
June 21 · 🌐

اعلان استدعاء في دعوى مدنية بحق خليفة حفتر

وجهت محكمة مقاطعة كولومبيا بأمريكا، في إعلان عام، أمر استدعاء إلى خليفه حفتر لتقديم رد على دعوى قضائية مدنية رفعها مولود أبو القائد وآخرون، ضد حفتر وآخرون

وحذرت المحكمة حفتر أنه إذا لم يقم بالرد، فسيتم إصدار حكم غيابي ضده بشأن التعويض المطلوب

Case 1:20-cv-00298-CKK   Document 2   Filed 02/06/20   Page 1 of 5

DC 1115  Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
for the
District of Columbia

MAULUD ABOULGAIED, et al

Plaintiffs
v.
KHALIFA ABULGASIM HIFTER, et al

Defendants

Civil Action No. 1:20-cv-298-CKK

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
KHALIFA ABULGASIM HIFTER
(a.k.a KHALIFA ABULGASIM HAFTER)
5505 Dominary Road, Unit 213
Arlington, VA 22201

A lawsuit has been filed against you.

21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:

Signature of Clerk or Deputy Clerk

اعلان عام

استدعاء في دعوى مدنية

خليفة بالقاسم حفتر

محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام ال مولود أبو القائد، وآخرون برفع دعوى قضائية رقم (CKK-298-cv-1:20) ليفه بالقاسم حفتر، وآخرون من ضمنهم أنتم.

وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للك بي الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفه ابات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي الم ه وعنوانه:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
4343-862-202

نقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض وب في الشكوى.
علىك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محك

أنسون هوبكز
توقيع كاتب أو نائب كاتب

أريخ: 6 فبراير 2020

820

👍 5

1 Comment

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 11 | July 24, 2020 | Libya Alahrar TV | Public announcement on Facebook | Video |



قناة ليبيا الأحرار - Libya Alahrar TV
July 24 · ⊕

رفع قضايا مدنية ضد خليفة حفتر وآخرين

إعـــــــلان عــــــام

استدعــاء في دعـــوى مدنيــة

إلى: صقـــر آدم الجـــروشـــي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد وآخرون بـرفع دعـوى قضائيــة رقــم ( 1:20cv-298-CKK ) ضـد خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

مارتن إف مكماهون وشركاه
1717 شارع ك
واشنطن العاصمة، 20006 مقاطعة كولومبيا
رقم الهاتف: 202-862-4343

👍 Like     💬 Comment     ↗ Share          319 · 2 Comments

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 12 | July 29, 2020 | Almanara Media | Public announcement on Facebook | Post |



المنارة للإعلام
July 29 · 🌐

اعلان عام

استدعاء في دعوى مدنية

إلى: صقر آدم الجروشي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد وآخرون برفع دعوى قضائية رقم (cv-298-CKK-1:20) ضد خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

وإذا لم تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض المطلوب في الشكوى. ويجب عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محكمة

أنسون هويكنز التاريخ: 6 فبراير 2020
توقيع كاتب أو نائب كاتب

اعلان عام

استدعاء في دعوى مدنية

إلى: محمود مصطفى بوسيف الورفلي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد، وآخرون برفع دعوى قضائية رقم (cv-298-CKK-1:20) ضد خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

وإذا لم تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض المطلوب في الشكوى. ويجب عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محكمة

أنسون هويكنز التاريخ: 6 فبراير 2020
توقيع كاتب أو نائب كاتب

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 13 | July 30, 2020 | Al-Bayda Media Center | Public announcement on Facebook | Post |



المركز الاعلامي البيضاء
News & Media Website

**Send Message**

Home    Videos    Photos    About    More ▼          👍 Like    Q    ⋯



المركز الاعلامي البيضاء
July 30 · 🌐

استدعاء في دعوة مدنية بأمريكا لـ"صقر آدم الجروشي" و"محمود مصطفى الورفلي".

حيث ذكر مصدر حقوقي أن المتقاعد حفتر قد استلم قبل عدة أيام دعوة استدعاء ضده وضد الجروشي
والورفلي، الصادرة في فبراير الماضي.



اعلان عام

استدعاء في دعوى مدنية

ام الجروشي

مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن حكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قل
أبو القائد وآخرون برفع دعوى قضائية رقم (8-CKK؟) سالم مولود أبو القائد، وآخرون رفع دعوى قضائية رقم (7-v
لقاسم حفتر، وآخرون من ضمنهم أنتم.         لقاسم حفتر، وآخرون من ضمنهم أنتم.

في غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم ا
ضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تق الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد ال
كوى أو التماسًا بموجب القاعدة رقم 12 من القواعد المدنية. ويجب تقديم الجواب أو الطلب إلى محامي ا
مدنية. ويجب تقديم الجواب أو الطلب إلى محام وعنوانه:
انه:

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
4343-862-202

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
4343-862-202

تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض
ب في الشكوى.
د، فسيتم إصدار حكم غيابي ضدك بشأن التع      عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.
شكوى.
ئا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب د

أنجيلا دي. سيزار، كا        بخ: 6 فبراير 2020       أنسون هوبكنز
توقيع كاتب أو نائب كاتب

راير 2020         أنسون هوبكنز

اعلان عام

استدعاء في دعوى مدنية

حمود مصطفى يوسف الورفلي

# اعلان عام

## استدعاء في دعوى مدنية

إلى: صقر آدم الجروشي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد وآخرون برفع دعوى قضائية رقم (1:20-cv-298-CKK) ضد خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

Martin F. McMahon & Associates
1717 K St. NW, Suite 900
Washington, D.C. 20006
4343-862-202

وإذا لم تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض المطلوب في الشكوى.
ويجب عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محكمة

أنسون هوبكنز                 التاريخ: 6 فبراير 2020
توقيع كاتب أو نائب كاتب

# اعلان عام

## استدعاء في دعوى مدنية

إلى: محمود مصطفى بوسيف الورفلي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد، وآخرون برفع دعوى قضائية رقم (-CV-1:20 298-CKK) ضد خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
4343-862-202

وإذا لم تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض المطلوب في الشكوى.
ويجب عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محكمة

التاريخ: 6 فبراير 2020                    أنسون هوبكنز
                                        توقيع كاتب أو نائب كاتب

| Nr. | Date | Channel | Description | Link |
|---|---|---|---|---|
| 14 | July 30, 2020 | Almanara Media | Public announcement on Facebook (Photos) | Post |


المنارة للإعلام
July 30 · ⓢ

...

اعلان عام
استدعاء في دعوى مدنية

اعلان عام

اعلان عام

استدعاء في دعوى مدنية

استدعاء في دعوى مدنية

ع الجروشي

حمود مصطفى يوسيف الورفلي

حكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قا مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن
سالم مولود أبو القائد، وأخرون برفع دعوى قضائية رقم (7-) بو القائد وأخرون برفع دعوى قضائية رقم (CKK-8)
29) ضد خليفة بالقاسم حفتر، وأخرون من ضمنهم أنتم.  لقاسم حفتر، وأخرون من ضمنهم أنتم.

في غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم ا
، الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد ال يضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تق
ت المدنية. ويجب تقديم الجواب أو الطلب إلى محامي ال كوى أو التماسًا بموجب القاعدة رقم 12 من القوا:
بدنية. ويجب تقديم الجواب أو الطلب إلى محام وعنوانه:

نه:

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
4343-862-202

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
4343-862-202

تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض
ب في الشكوى.
عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

د، فسيتم إصدار حكم غيابي ضدك بشأن الت
أنجيلا دي. سيزار، كاتب «الشكوى.
نا إيداع إجابتك أو طلبك لدى المحكمة.   أنسون هويكنز        يخ: 6 فبراير 2020
توقيع كاتب أو نائب كاتب
أنجيلا دي. سيزار، كا:

أنسون هويكنز     راير 2020
توقيع كاتب أو نائب كا

# اعلان عام

## استدعاء في دعوى مدنية

إلى: صقر آدم الجروشي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد وآخرون برفع دعوى قضائية رقم (1:20-cv-298-CKK) ضد خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

وإذا لم تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض المطلوب في الشكوى.
ويجب عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محكمة

التاريخ: 6 فبراير 2020                 أنسون هوبكنز
                                     توقيع كاتب أو نائب كاتب

# اعلان عام

## استدعاء في دعوى مدنية

إلى: محمود مصطفى بوسيف الورفلي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد، وآخرون برفع دعوى قضائية رقم (-1:20-cv 298-CKK) ضد خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
4343-862-202

وإذا لم تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض المطلوب في الشكوى.
ويجب عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محكمة

التاريخ: 6 فبراير 2020                    أنسون هوبكنز
توقيع كاتب أو نائب كاتب

| Nr. | Date | Channel | Description | Link |
|-----|------|---------|-------------|------|
| 15 | July 30, 2020 | Almanara Media | Public announcement on Twitter (Photos) | Tweet |



# اعلان عام

## استدعاء في دعوى مدنية

إلى: صقر آدم الجروشي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد وآخرون برفع دعوى قضائية رقم (1:20-cv-298-CKK) ضد خليفة بالقاسم حفتر، وآخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

وإذا لم تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض المطلوب في الشكوى.
ويجب عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محكمة

التاريخ: 6 فبراير 2020                    أنسون هوبكنز
توقيع كاتب أو نائب كاتب

# اعلان عام

## استدعاء في دعوى مدنية

إلى: محمود مصطفى بوسيف الورفلي

تعلن محكمة مقاطعة كولومبيا بالولايات المتحدة الأمريكية، عن قيام السادة سالم مولود أبو القائد، وآخرون برفع دعوى قضائية رقم (-1:20-cv CKK-298) ضد خليفة بالقاسم حفتر، وأخرون من ضمنهم أنتم.

لذلك، وفي غضون 21 يومًا من تاريخ هذا الاعلان، يجب أن تقدم للمدعي ردًا على الشكوى أو التماسًا بموجب القاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية. ويجب تقديم الجواب أو الطلب إلى محامي المدعي، واسمه وعنوانه:

Martin F. McMahon & Associates
1717  K St. NW, Suite 900
Washington, D.C. 20006
202-862-4343

وإذا لم تقم بالرد، فسيتم إصدار حكم غيابي ضدك بشأن التعويض المطلوب في الشكوى.
ويجب عليك أيضًا إيداع إجابتك أو طلبك لدى المحكمة.

أنجيلا دي. سيزار، كاتب محكمة

أنسون هوبكنز
توقيع كاتب أو نائب كاتب

التاريخ: 6 فبراير 2020