

# High Quality الدقة العالية Media Services للخدمات الإعلامية

Khaled SALEH
Eichrainstrasse 14
CH-8052 Zurich
Switzerland

September 15, 2020

**Subject: Report on the publication of the Court Summons on Media Outlets in Libya**

Dear Khaled,

We, at High Quality Media Services, Tripoli, have sought to get the Court's Summons in the Civil Case against Khalifa HIFTER on as many Libyan media outlets. Regrettably, some channels declined siting security concerns, fearing reprisals by Hifter and his subordinates. However, we succeeded in securing publications on a number of media platforms, one of them is the most widely followed up channel in Libya.

Please find below a list of the announcements made on these platforms. It should be noted that Libyan accounts on social media networks, especially Facebook and Twitter covered the news of the Court's summons very widely. Also, Arab news platforms, like Aljazeera, Arabi21 and The New Arab, to name few, reported on the publications.

Concerning the cost of our services, we estimated our costs at 1'500.00 Libyan Dinars. However, I and my colleagues here decided not to charge you any costs, as a gesture of solidarity with the victims of the war on Tripoli, we witnessed firsthand its devastation and pain.

Sincerely,

Moez GHAMAG
General Manager
High Quality Media Services



M 091 699 81 65 | Info@HQmedia.ly
M 091 699 81 64 | www.HQmedia.ly



# High Quality
# الدقة العالية
## Media Services
## للخدمات الإعلامية

| Date | Channel | Description | Link |
|---|---|---|---|
| May 9, 2020 | February Channel | Photos of service on Twitter | Tweet |
| May 9, 2020 | Libya Alahrar TV | News on Channel's Twitter Account | Tweet |
| May 9, 2020 | Libya Alahrar TV | News article Channel's Website | News |
| May 9, 2020 | Libya Alahrar TV | Public announcement on Facebbok | Post |
| May 10, 2020 | Ean Libya | News Web site, news articlw with Photos of the service | News |
| May 10, 2020 | Libya Alahrar TV | News article Channel's Website with photos of the service | News |
| June 15, 2020 | Tanasuh TV | Public announcement on TV | Video |
| June 18, 2020 | Burkan LY | Photos of service on Facebook | Post |
| June 18, 2020 | Libya Alahrar TV | Public announcement on TV | Video |
| June 18, 2020 | Libya Alahrar TV | Public announcement on Facebbok | Video |
| June 18, 2020 | Libya Alahrar TV | Photos of service on Facebbok | Post |
| June 18, 2020 | Libya Alahrar TV | Photos of service on Twitter | Tweet |
| June 18, 2020 | LRC TV | Public announcement on Facebbok. LRC is a Public Channel in Libya | Post |
| June 19, 2020 | Burkan LY | Photos of service on Facebook | Post |
| June 21, 2020 | Almanara Media | Public announcement on Facebbok | Post |
| July 24, 2020 | Libya Alahrar TV | Public announcement on Facebook | Video |
| July 29, 2020 | Almanara Media | Public announcement on Facebook | Post |
| July 30, 2020 | Al-Bayda Media Center | Public announcement on Facebook | Post |
| July 30, 2020 | Almanara Media | Public announcement on Facebbok (Photos) | Post |
| July 30, 2020 | Almanara Media | Public announcement on Twitter (Photos) | Tweet |



M 091 699 81 65 | Info@HQmedia.ly
M 091 699 81 64 | www.HQmedia.ly