**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALEM MAULUD ABOULGAED, *et al.*,<br>        Plaintiffs,<br>    v.<br>KHALIFA ABULGASIM HIFTER, *et al.*,<br>        Defendants. | Civil Action No. 20-298 (CKK) |

**ORDER**
(December 16, 2020)

The Court has received Plaintiffs' [26] Affidavit in Support of Service by Publication. Accordingly, it is hereby **ORDERED** that Plaintiffs shall file by or before **February 15, 2021**, a motion seeking from the Court a determination of whether they have accomplished service of process on each Defendant remaining in this matter. *See* June 25, 2020 Order, ECF No. 25. In their forthcoming motion, Plaintiffs shall also specifically address service of process on Defendant United Arab Emirates. *See* 28 U.S.C. § 1608(a).

It is **FURTHER ORDERED** that Plaintiffs shall make diligent efforts to serve Defendants with the above-described motion and shall include with their motion a copy of this Order; and it is

**FURTHER ORDERED** that if any Defendant chooses to file an opposition to Plaintiffs' motion, Defendant shall file said opposition on or before **March 1, 2021**; and it is

**FURTHER ORDERED** that Plaintiffs shall file their reply, if any, in support of their motion on or before **March 8, 2021**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge