# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALEM MAULUD ABOULGAED**, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:20-cv-00298 CKK |
| | ) |
| **KHALIFA ABULGASIM HIFTER**, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S MOTION FOR COURT DETERMINATION THAT CERTAIN DEFENDANTS HAVE BEEN SERVED BY PUBLICATION

Come know Plaintiffs in the above captioned case and hereby ask this Court to determine that service of process on certain Defendants has been accomplished by publication.

1. After encountering significant difficulties manually serving the Defendants in this case, Plaintiffs asked this Court on April 17, 2020(ECF 4, 5) for permission to serve Defendants Khalifa Abulgasim Hifter, Aref Ali Nayed[1], Adam Geroushi, Mohamoud Al-Werfalli  by publication, pursuant to Fed. R. Civ. P. 4(f)(3). On April 28, 2020, this Court grated Plaintiffs' motion for Service by Publication. (ECF 6 ).

2. On October 26, 2020 Plaintiffs filed with the Court affidavits of service by publication (ECF 26) which included specific details of the outlets used to notify Defendants of the lawsuit.

---

1 Aref Ali Nayed was dismissed from the case on June 25, 2020 (ECF 25)

3. On December 16, 2020 this Court ordered Plaintiffs to file motion seeking from the Court a determination of whether they have accomplished service by publication on each defendant remaining in this matter. (ECF 27).

3. The table below shows the means employed by Plaintiffs and the outlets that carried the service of process information, by Defendant.

4. Accordingly, Defendants Khalifa Abulgasim Hifter,  Adam Geroushi, and Mohamoud Al-Werfalli have been served by publication. (See Exhibit A)

5. Service upon the United Arab Emirates (UAE) in accordance with 28 U.S. C. 1608(a)(3) is still in process. Plaintiffs request an additional 30 days to effectuate process on UAE.

### LCvR 5.4(m) Compliance

6. Compliance with LCvR 5.4(m) was not possible because no counsel has entered an appearance in the case on behalf of any Defendant who had been served.

WHEREFORE Plaintiffs ask this Court to accept and certify service by publication of the above-named individual Defendants: Defendants Khalifa Abulgasim Hifter,  Adam Geroushi, and Mohamoud Al-Werfalli and allow Plaintiffs an additional 30 days to serve UAE.

A proposed order is attached.

Respectfully submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
DC Bar No. 196642
Martin F. McMahon & Associates PLLC
1717 K Street, NW, Suite 900
Washington, DC 20006
(202) 862-4343
*Attorney for Plaintiffs*

**EXHIBIT A**

**Publication of the Court Summonses on Media Outlets in Libya**

| Nr. | Date | Channel | Description | Defendant Named |
|-----|------|---------|-------------|-----------------|
| 1 | May 9, 2020 | Libya Alahrar TV | News on Channel's Twitter account | All Defendants |
| 2 | May 9, 2020 | Libya Alahrar TV | News article on channel's website | All Defendants |
| 3 | May 10, 2020 | Ean Libya | News article on channel's website with photos of service | All Defendants |
| 4 | May 10, 2020 | Libya Alahrar TV | News article on channel's website with photos of service | All Defendants |
| 5 | June 15, 2020 | Tanasuh TV | Public announcement on TV | All Defendants |
| 6 | June 18, 2020 | Libya Alahrar TV | Public announcement on TV | All Defendants |
| 7 | June 18, 2020 | Libya Alahrar TV | Public announcement on Facebook | All Defendants |
| 8 | June 18, 2020 | LRC TV | Public announcement on Facebook (LRC is a public channel in Libya) | All Defendants |
| 9 | June 19, 2020 | Burkan LY | Photos of service on Facebook | All Defendants |
| 10 | June 21, 2020 | Almanara Media | Public announcement on Facebook | Defendant Khalifa Hifter |
| 11 | July 24, 2020 | Libya Alahrar TV | Public announcement on Facebook | All Defendants |
| 12 | July 29, 2020 | Almanara Media | Public announcement on Facebook | All Defendants |
| 13 | July 30, 2020 | Al-Bayda Media Center | Public announcement on Facebook | Defendants Geroushi and Al-Werfalli |
| 14 | July 30, 2020 | Almanara Media | Public announcement on Facebook (photos | Defendants Geroushi and Al-Werfalli |
| 15 | July 30, 2020 | Almanara Media | Public announcement on Facebook (photos | Defendants Geroushi and Al-Werfalli |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SALEM MAULUD ABOULGAED**, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-00298 CKK |
| | ) | |
| **KHALIFA ABULGASIM HIFTER**, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR COURT DETERMINATION THAT CERTAIN DEFENDANTS HAVE BEEN SERVED BY PUBLICATION**

Come know Plaintiffs in the above captioned case and hereby offer this Court this Memorandum of

Points and Authorities in support of their Motion to determine that service of process on certain

Defendants has been accomplished by publication.

1. Fed. R. Civ. P. 1.

2. Fed. R. Civ. P. 4.

3. Court Order of December 16, 2020 (ECF 27) ;

4. The record herein.

5. 28 U.S. C. 1608, et. seq.

Respectfully submitted,

*/s/ Martin F. McMahon*
Martin F. McMahon, Esq.
DC Bar No. 196642
Martin F. McMahon & Associates PLLC
1717 K Street, NW, Suite 900
Washington, DC 20006

4

(202) 862-4343
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on February 15, 2021, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defense counsel.


*/s/ Martin F. McMahon*

Martin F. McMahon, Esq.