

---

TRACK ANOTHER SHIPMENT

---

773113165225  

ADD NICKNAME

 Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

 No scheduled delivery date available at this time.

## Scheduled delivery:
## Pending



**DELIVERY EXCEPTION**
ABU DHABI CITY, AB

**GET STATUS UPDATES**

| FROM | TO |
|---|---|
| WASHINGTON, DC US | ABU DHABI, AE |

## Travel History

| TIME ZONE | | | |
|---|---|---|---|
| Local Scan Time | | | |

**Saturday, March 27, 2021**

| 3:20 PM | ABU DHABI CITY AE | Returning package to shipper
Return tracking number  785271256288 |
| 10:41 AM | ABU DHABI CITY AE | At local FedEx facility |

**Thursday, March 25, 2021**

| 11:05 AM | ABU DHABI CITY AE | At local FedEx facility |

**Wednesday, March 24, 2021**

| 8:50 AM | ABU DHABI CITY AE | At local FedEx facility |

**Tuesday, March 23, 2021**

| 8:28 AM | ABU DHABI CITY AE | At local FedEx facility |

**Sunday, March 21, 2021**

| | | |
|---|---|---|
| 12:50 PM | ABU DHABI CITY AE | Delivery exception<br>Refused by recipient |
| 9:37 AM | ABU DHABI CITY AE | At local FedEx facility |
| 8:08 AM | ABU DHABI CITY AE | At local FedEx facility |

**Saturday, March 20, 2021**

| | | |
|---|---|---|
| 1:15 PM | ABU DHABI CITY AE | At local FedEx facility |
| 12:30 PM | ABU DHABI CITY AE | At local FedEx facility<br>Package not due for delivery |

**Friday, March 19, 2021**

| | | |
|---|---|---|
| 3:46 AM | DUBAI CITY AE | At destination sort facility |

**Thursday, March 18, 2021**

| | | |
|---|---|---|
| 4:53 AM | MEMPHIS, TN | Departed FedEx location |
| 4:40 AM | MEMPHIS, TN | In transit |
| 2:53 AM | MEMPHIS, TN | In transit |

**Wednesday, March 17, 2021**

| | | |
|---|---|---|
| 10:20 PM | MEMPHIS, TN | In transit |
| 8:42 AM | MEMPHIS, TN | Arrived at FedEx location |

**Tuesday, March 16, 2021**

| | | |
|---|---|---|
| 8:57 PM | WASHINGTON, DC | Left FedEx origin facility |
| 7:25 PM | WASHINGTON, DC | Picked up |

**Tuesday, March 9, 2021**

| | | |
|---|---|---|
| 3:30 PM | | Shipment information sent to FedEx |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 773113165225 | FedEx International Economy | 1 lbs / 0.45 kgs |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 1 lbs / 0.45 kgs | Shipper |

| SHIPPER REFERENCE | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| McMahon and Associates | FedEx Envelope | Deliver Weekday |

| SHIP DATE | STANDARD TRANSIT | SCHEDULED DELIVERY |
|---|---|---|
| 3/16/21 | 3/21/21 by 8:00 pm | Pending |