## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEM MAULUD ABOULGAED, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00298 CKK |
| | ) |
| KHALIFA ABULGASIM HIFTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PRAECIPE

COMES NOW, Alfred L. Scanlan, Jr., and prays that this honorable Court enter is appearance solely for the limited purpose of informing the Court, parties and opposing counsel that Martin F. McMahon, passed away on June 6, 2021. In further support of this request, says as follows:

1. Martin F. McMahon was the sole member of the law firm known as Martin F. McMahon and Associates, PLLC.

2. There is no associate counsel remaining at the former firm who is a member of the bar of this court and hence able to continue the litigation.

3. Mr. McMahon's death has been reported to the Office of Disciplinary Counsel which in conjunction with the undersigned, and one of Mr. McMahon's former colleagues is in

the process of closing down the law practice formerly known as Martin F. McMahon and Associates, PLLC.

WHEREFORE, the undersigned prays that this court:

1. Enter his appearance for the purposes set forth above.
2. Grant the Plaintiffs 120 days in which they shall be required to obtain new counsel.
3. For other such relief as the court may deem required by the interest of justice.

SCHLOSSBERG MASTRO & SCANLAN

/s/ Alfred L. Scanlan Jr.
Alfred L. Scanlan, Jr.
D.C. Bar No. 395048
18421 Henson Boulevard, Suite 201
Hagerstown, MD 21742
Telephone: 301-739-8610
Facsimile: 301-791-6302
Email: ascanlan@schlosslaw.com
*Counsel for Claimants*

## CERTIFICATE OF SERVICE

I certify that on   June 16, 2021   , I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including counsel of record.

/s/ Alfred Scanlan
Alfred Scanlan