UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEM MAULUD ABOUGAED, *et al.*   ) | |
|   ) | |
| vs   ) | |
|   ) | Case No. 1:20-cv-00298-CKK |
| KHALIFA ABULGASIM HIFTER, *et al.*   ) | |
|   ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Faisal Gill of the law firm Gill Law Firm, has this day entered an Appearance as Counsel for all Plaintiffs, in the above-entitled matter.

Dated: September 15, 2021             Respectfully submitted,

             __/s/ Faisal Gill_____
             Faisal Gill
             GILL LAW FIRM
             1717 Pennsylvania Ave NW, Suite 1025
             Washington DC 20006
             (310)418-6675
             (310)388-0564 (fax)
             fgill@glawoffice.com

             Counsel for Plaintiffs

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2021, a copy of the foregoing Notice of Attorney Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    _/s/ Faisal Gill_____
                                                    Faisal Gill