UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEM MAULUD ABOUGAED, *et al.* ) | |
| ) | |
| vs ) | |
| ) | Case No. 1:20-cv-00298-CKK |
| KHALIFA ABULGASIM HIFTER, *et al.* ) | |
| ) | |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through undersigned counsel, hereby voluntarily dismisses their Complaint against all Defendants in this matter. Defendants have not filed an Answer or Motion for Summary Judgment in this matter so a voluntary dismissal is appropriate.

Dated: September 17, 2021                             Respectfully submitted,

__/s/ Faisal Gill_____
Faisal Gill
GILL LAW FIRM
1717 Pennsylvania Ave NW, Suite 1025
Washington DC 20006
(310)418-6675
(310)388-0564 (fax)
fgill@glawoffice.com

Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2021, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  _/s/ Faisal Gill_____
                                                  Faisal Gill