# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SALEM MAULUD ABOULGAED, *et al.*,
    Plaintiffs,

v.

KHALIFA ABULGASIM HIFTER, *et al.*,
    Defendants.

Civil Action No. 20-298 (CKK)

## ORDER
(September 20, 2021)

In light of the Plaintiffs' [39] Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 20th day of September, 2021, hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

                                              /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge